UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOLIVER HAGER,<br><br>        Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, Warden,<br><br>        Respondent. | NO. CV 11-03212 RGK (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 9, 2012

                                    /s/ Gary Klausner<br>
                                    R. GARY KLAUSNER<br>
                                    UNITED STATES DISTRICT JUDGE