**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH TOLIVER HAGER, | ) NO. CV 11-03212 RGK (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MAURICE JUNIOUS, Warden, | ) |
| Respondent. | ) |

        Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 9, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE